OTTO CHURCHLER, Respondent, *v.* FUR MERCHANTS COLD STORAGE Co., INC., Appellant.

Argued March 8, 1943; decided April 15, 1943.

*John Schulman* and *Harold Epstein* for appellant.

*Irving Greenberg, James D. C. Murray* and *Herbert J. Roeder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.